DISMISS; Opinion issued October 16, 2012



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

No. 05-12-00187-CR
_____

JOHN WAYNE DELGADO, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 199th Judicial District Court
Collin County, Texas
Trial Court Cause No. 199-81779-08

# MEMORANDUM OPINION

Before Justices Morris, Francis, and Murphy
Opinion By Justice Morris

John Wayne Delgado was convicted of credit card abuse. Sentence upon adjudication of his guilt was assessed at 180 days' confinement in a state jail. Punishment was assessed in accordance with a plea agreement during the adjudication hearing, and appellant waived his right to appeal as part of the plea agreement. *See Blanco v. State*, 18 S.W.3d 218, 218–20 (Tex. Crim. App. 2000). The trial court certified that appellant waived his right to appeal. *See* TEX. R. APP. P. 25.2(d); *Dears v. State*, 154 S.W.3d 610, 614–15 (Tex. Crim. App. 2005).

We dismiss the appeal for want of jurisdiction

JOSEPH B. MORRIS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
120187F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOHN WAYNE DELGADO, Appellant

No. 05-12-00187-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 199th Judicial District Court of Collin County, Texas. (Tr.Ct.No. 199-81779-08).
Opinion delivered by Justice Morris, Justices Francis and Murphy participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered October 16, 2012.

JOSEPH B. MORRIS
JUSTICE